# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | * |
| | * |
| Douglas George Jefferies, | * |
| | *   Chapter 11 |
| Debtor. | * |
| | *   Case No. 16-00109 |
| | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

COMES NOW Brian V. Lee, pursuant to L.B.R. 9010-2 and DCt.LCvR. 83.6, and hereby move this Court to withdraw the appearance of said counsel in the above-styled Chapter 11 case for cause, specifically:

1. Debtor's real property was scheduled for foreclosure auction on March 10, 2016.

2. Debtor, by undersigned counsel, filed for bankruptcy protection under Chapter 11 of the Bankruptcy Code on March 9, 2016.

3. Debtor terminated representation by the undersigned on March 15, 2016.

4. Upon Debtor's request, the undersigned returned to Debtor the entire amount of the retainer fee. Undersigned counsel advised Debtor to obtain new counsel, and upon belief, Debtor is in the process of obtaining substitute counsel.

WHEREFORE, the undersigned counsel respectfully requests that this Court:

a. Enter an Order granting the withdrawal of the appearance of Brian V. Lee as counsel for the Debtor; and

b. Grant any such other and further relief the Court deems just and proper.

Respectfully submitted,

 /s/ Brian V. Lee     DC 978834
Brian V. Lee, Esq.
Lee Legal, PLLC
1250 Connecticut Avenue NW
Second Floor
Washington, DC  20036
(202) 448-5136

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

1.     L.B.R. 9010-2(b)  provides that "DCt.LCvR 83.6(c) governs withdrawal of an appearance by motion except that: (1) the motion must identify the specific matter(s) as to which withdrawal is sought; and (2) the requirement of service "upon all parties to the case" means: (A) all parties to the contested matter or adversary proceeding or other specific matter involved; and (B) in the case of an attorney representing the debtor or debtor-in-possession or trustee, means additionally the debtor, the U.S. Trustee and any trustee in the case.

2.     DCt.LCvR 83.6(c) provides that "an attorney may withdraw an appreance for a party only by order of the court upon motion by the attorney served upon all parties the case. . . . Unless the party is represented by another attorney . . . a motion to withdraw an appearance shall be accompanied by a certificate of service listing the pary's last known address and stating that the attorney has served upon the party a copy of the motion and a notice advising the party to obtain other counsel…"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed first-class copies of the foregoing Motion to Withdraw Appearance and its proposed Order to the following parties of interest on this 20th day of March 2016:

Douglas Jefferies
2220 Q Street NW
Washington, DC  20008

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA  22314

 /s/ Brian V. Lee    DC 978834
Brian V. Lee, Esq.

2